UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
HELMS REALTY CORP.,

                        Plaintiff,

   -against-

CITY OF NEW YORK, MAYOR'S OFFICE OF
SPECIAL ENFORCEMENT and CHRISTIAN
KLOSSNER, in his official capacity as Executive
Director of the Mayor's Office of Special
Enforcement,

                        Defendants.
------------------------------------------------------------- X

**ORDER**

17 Civ. 4662 (AKH)

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On appeal, the Second Circuit vacated my order granting summary judgment for Defendants and remanded with instructions to abstain. The mandate having issued, the order granting summary judgment, ECF No. 80, is vacated, and this case is dismissed without prejudice for lack of subject matter jurisdiction. The Clerk is directed to enter judgment for Defendants and again to close the case.

        SO ORDERED.

Dated:     October 7, 2020
              New York, New York

                                               ALVIN K. HELLERSTEIN
                                             United States District Judge