# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

HELMS REALTY CORP.,

                Plaintiff,

-against-

CITY OF NEW YORK, MAYOR'S OFFICE OF SPECIAL ENFORCEMENT and CHRISTIAN KLOSSNER, in his official capacity as Executive Director of the Mayor's Office of Special Enforcement,

                Defendants.

-----------------------------------------------------------X

17 **CIVIL** 4662 (AKH)

**JUDGMENT**

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 7, 2020, on Appeal, the Second Circuit vacated the Order granting summary judgment for Defendants and remanded with instructions to abstain; the mandate having issued, the order granting summary judgment, ECF No. 80, is vacated, and this case is dismissed without prejudice for lack of subject matter jurisdiction; judgment is entered for Defendants, and the case is closed.

**Dated:**  New York, New York
          October 8, 2020

                                                          RUBY J. KRAJICK

                                                          _____
                                                          Clerk of Court

**BY:**

                                                          _____
                                                           Deputy Clerk